NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH RAY KENT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3034

---

Petition for review of the Merit Systems Protection Board in case no. AT0752100652-B-1.

---

**ON MOTION**

---

**O R D E R**

Kenneth Ray Kent moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

KENNETH KENT v. AIR FORCE                                    2

                                        FOR THE COURT


                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk


s24